1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   NARCIZO ACJU and BLANCA  )    Case No. EDCV 09-408-VAP
     ACJU,                    )    (FFMx)
12                           )
                Plaintiff,    )    **JUDGMENT**
13                           )
          v.                  )
14                           )
     FREMONT INVESTMENT &      )
15   LOAN, etc., et al.,       )
                             )
16              Defendants.  )
17   _____  )

18   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19        Pursuant to the Order filed herewith, IT IS ORDERED

20   AND ADJUDGED that Plaintiffs' Complaint is DISMISSED

21   WITHOUT PREJUDICE as to Defendant Nationstar Mortgage,

22   LLC.

23

24        The Court orders that such judgment be entered.

25

26
     Dated:  March 31, 2009        _____
27                                  VIRGINIA A. PHILLIPS
                                   United States District Judge
28